Kerry C. Fowler (State Bar No. 228982)
kcfowler@jonesday.com
JONES DAY
555 S. Flower Street, 50th Floor
Los Angeles, CA 90071
Telephone: (213) 489-3939
Facsimile:  (213) 553-7539

Hillary J. Green (State Bar No. 243221)
hgreen@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612.4408
Telephone:  (949) 851-3939
Facsimile:   (949) 553-7539

Attorneys for Defendant
EXPERIAN INFORMATION
SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Samuel Love<br><br>Plaintiff,<br><br>v.<br><br>Craig Boundy and Experian<br><br>Defendants. | Case No. 2:22-cv-04268-JFW-JPR<br><br>Hon. John F. Walter<br><br>**NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS AS TO DEFENDANT CRAIG BOUNDY**<br><br>**[FILED CONCURRENTLY WITH MEMORANDUM AND PROPOSED ORDER]**<br><br>Hearing Date:  May 15, 2023<br>Time:             1:30 p.m.<br>Courtroom:    7A<br><br>Complaint filed: March 23, 2022 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE THAT**, on May 15, 2023, at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 7A of the above-referenced Court, located at United States Courthouse, 350 W. 1st Street, Los Angeles, CA 90012, the Honorable John F. Walter presiding, Defendant Craig Boundy ("Defendant") will, and hereby does, move for judgment on the pleadings, pursuant to Fed. R. Civ. Proc. 12(c), with respect to Plaintiff Samuel Love's ("Plaintiff") claims against Defendant Craig Boundy. Defendant's Motion is made on the grounds that Plaintiff fails to state a claim upon which relief can be granted against Defendant Craig Boundy. Defendant therefore respectfully requests the Court dismiss this action against Defendant Craig Boundy, in its entirety, with prejudice. This Motion is made following a good-faith attempt to conference with Plaintiff pursuant to L.R. 7-3, which was rejected by Plaintiff on March 3, 2023 (Dkt. 27)

The Motion is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities filed concurrently, the pleadings and Court orders on file herein, and such other evidence and argument as this Court deems proper.

Dated:  April 17, 2023                                  JONES DAY

                                                       By: */s/Hillary J. Green*
                                                           Hillary J. Green

                                                       Attorneys for Defendant
                                                       EXPERIAN INFORMATION
                                                       SOLUTIONS, INC. AND CRAIG
                                                       BOUNDY

NOTICE OF MOTION AND MOTION FOR
JUDGMENT ON THE PLEADINGS
Case No. 2:21-cv-08876-JFW-RAO

**CERTIFICATE OF SERVICE**

I, Hillary Green, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612.4408. On April 17, 2023, I served a copy of

**NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS AS TO DEFENDANT CRAIG BOUNDY [FILED CONCURRENTLY WITH MEMORANDUM AND PROPOSED ORDER]**

BY ELECTRONIC TRANSMISSION.

I am familiar with the United States District Court for the Central District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

Executed on April 17, 2023, at Irvine, California.

*/s/ Hillary Green*

NOTICE OF MOTION AND MOTION FOR
JUDGMENT ON THE PLEADINGS
Case No. 2:21-cv-08876-JFW-RAO

3