Kerry C. Fowler (State Bar No. 228982)
*kcfowler@jonesday.com*
JONES DAY
555 S. Flower Street, 50th Floor
Los Angeles, CA 90071
Telephone: (213) 489-3939
Facsimile:  (213) 553-7539

Hillary J. Green (State Bar No. 243221)
*hgreen@jonesday.com*
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612.4408
Telephone:  (949) 851-3939
Facsimile:   (949) 553-7539

Counsel for Defendants
EXPERIAN INFORMATION
SOLUTIONS, INC. AND CRAIG BOUNDY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>           Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION<br>SOLUTIONS, INC., et al.<br><br>           Defendants. | Case No. 2:22-cv-04268-JFW-JPR<br><br>Hon. John F. Walter<br><br>**NOTICE OF MOTION FOR SUMMARY JUDGMENT AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**<br><br>*[Filed Concurrently With Memorandum in support of Motion for Summary Judgment, Statement Of Uncontroverted Facts And Conclusions Of Law, Declaration of Hillary J. Green, Declaration Of Teresa Iwanski and [Proposed] Order]*<br><br>Date:         June 12, 2023<br>Time:         1:30 p.m.<br>Location:    Judge John Walter<br>Courtroom:  7A<br><br>Complaint filed:  March 23, 2022 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE THAT**, on June 12, 2023, at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 7A of the above-referenced Court, located at United States Courthouse, 350 W. 1st Street, Los Angeles, CA 90012, the Honorable John F. Walter presiding, Defendant Experian Information Solutions, Inc. ("Experian") will, and hereby does, move this Court for summary judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure, with respect to Plaintiff Samuel Love's ("Plaintiff") claims against Experian.  Experian's Motion is made on the grounds that Plaintiff fails to raise a genuine dispute as to any material fact. Experian therefore respectfully requests the Court grant summary judgment for Defendant Experian.  This Motion is made following a good-faith attempt to conference with Plaintiff pursuant to L.R. 7-3, which was rejected by Plaintiff on April 17, 2023 (Dkt. 37.)

The Motion is based upon this Notice of Motion, Memorandum of Points and Authorities, Declaration of Hillary J. Green, Declaration of Teresa Iwanski, Statement of Uncontroverted Facts and Issues of Law, and Exhibits thereto; Proposed Order filed concurrently herewith, the pleadings and Court orders on file herein, and such other evidence and argument as this Court deems proper.

Dated:  May 15, 2023

JONES DAY

By: */s/Hillary J. Green*
Hillary J. Green

Attorney for Defendants
EXPERIAN INFORMATION
SOLUTIONS, INC. AND CRAIG
BOUNDY

## CERTIFICATE OF SERVICE

I, Hillary J. Green, declare:

I am a citizen of the United States and employed in Orange County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612-4408.  On May 15, 2023, I served a copy of EXPERIAN INFORMATION SOLUTIONS, INC.'S NOTICE OF MOTION FOR SUMMARY JUDGMENT  by electronic transmission.

I am familiar with the United States District Court for the Central District of California's practice for collecting and processing electronic filings.  Under that practice, documents are electronically filed with the court.  The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case.  The NEF will constitute service of the document.  Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.  Under said practice, the following CM/ECF users were served:

Samuel Love
139 South Beverly Drive No. 320
Beverly Hills, CA 90212
626-618-4880
Email: itssamuellove@proton.me

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 15, 2023, at Irvine, California.

_/s/ Hillary J. Green_
Hillary J. Green

NOTICE OF MOTION
FOR SUMMARY JUDGMENT
Case No. 2:22-cv-04268-JFW-JPR