Samuel Love
139 S Beverly Drive #320
Beverly Hills, California 90212
(626) 618-4880
itssamuellove@proton.me

SAMUEL LOVE, IN PRO PER

UNITED STATES DISTRICT COURT,

CENTRAL DISTRICT OF CALIFORNIA

SAMUEL LOVE,

   Plaintiff,

 vs.

CRAIG BOUNDY and EXPERIAN

INFORMATION SOLUTIONS, INC.,

   Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.:2:22-cv-04268 JFW (JPRx)

**PLAINTIFF'S OPPOSITION TO EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION FOR SUMMARY JUDGMENT**

**Hearing Date:** June 12, 2023
**Time:** 1:30 p.m.
**Judge:** John F. Walter
**Courtroom:** Courtroom 7A

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD,**

**PLEASE TAKE NOTICE THAT,** on June 12, 2023, at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 7A of the above-referenced

- 1 -
PLAINTIFF'S OPPOSITION TO EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION FOR SUMMARY JUDGMENT

Court, located at United States Courthouse, 350 W. 1st Street, Los Angeles, CA 90012, the Honorable John F. Walter presiding, Plaintiff Samuel Love ("Plaintiff" or "Mr. Love") received notice of Defendant Experian Information Solutions, Inc.'s Motion to move this Court for summary judgment, pursuant to Federal Rule of Civil Procedure 56. Mr. Love opposes this motion based on Experian's incomplete summary judgment, determinative facts and factual disputes that demonstrate a dispute of fact precluding summary judgment in favor of Experian.

This Response is based upon this Opposition to Notice of Motion, Response in Opposition to Experian's Memorandum of Points and Authorities, Response to Declaration of Hillary J. Green, Response to Declaration of Teresa Iwanski, Response to Experian's Statement of Uncontroverted Facts and Issues of Law, and Exhibits thereto; Proposed Order filed concurrently herewith, the pleadings and Court orders on file herein, and such other evidence and argument as this Court deems proper.

DATED: MAY 22, 2023 A.D.                              Lethal Fire,

SAMUEL LOVE
In Pro Per

PLAINTIFF'S OPPOSITION TO EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION FOR SUMMARY JUDGMENT

## CERTIFICATE OF SERVICE

I, Samuel Love, declare:

On May 22, 2023, I served a copy of **PLAINTIFF'S OPPOSITION TO EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION FOR SUMMARY JUDGMENT** by electronic transmission.

I am familiar with the United States District Court for the Central District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

Kerry C. Fowler, Defendant's Counsel
kcfowler@jonesday.com
JONES DAY
555 S. Flower Street, 50th Floor Los Angeles, CA 90071
Telephone: (213) 489-3939

Hillary J. Green, Defendant's Counsel
Email: hgreen@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800 Irvine, CA 92612
Telephone: (949) 851-3939

PLAINTIFF'S OPPOSITION TO EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION FOR SUMMARY JUDGMENT

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 22, 2023, at Beverly Hills, California.

Lethal Fire,

SAMUEL LOVE
*In Pro Per*

PLAINTIFF'S OPPOSITION TO EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION FOR SUMMARY JUDGMENT