Kerry C. Fowler (State Bar No. 228982)
*kcfowler@jonesday.com*
JONES DAY
555 S. Flower Street, 50th Floor
Los Angeles, CA 90071
Telephone: (213) 489-3939
Facsimile:  (213) 553-7539

Hillary J. Green (State Bar No. 243221)
*hgreen@jonesday.com*
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612.4408
Telephone:  (949) 851-3939
Facsimile:    (949) 553-7539

Counsel for Defendants
EXPERIAN INFORMATION
SOLUTIONS, INC. AND CRAIG BOUNDY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>              Plaintiff,<br><br>       v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.<br><br>              Defendants. | Case No. 2:22-cv-04268-JFW-JPR<br>Hon. John F. Walter<br><br>**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S EVIDENTIARY OBJECTIONS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>***[Filed concurrently with Memorandum, Combined Statement of Facts, and Declaration of Kelly C. Albright]***<br><br>Date:  June 12, 2023<br>Time:          1:30 p.m.<br>Location:    Judge John Walter<br>Courtroom:  7A<br>Complaint filed:  March 23, 2022<br>Pre-trial Conference Date: Aug. 4, 2023<br>Trial Date: Aug. 15, 2023 |

NAI-1537032814v4

## **PRELIMINARY STATEMENT**

Defendant Experian Information Solutions, Inc. ("Experian") is mindful of the Court's Scheduling Order, and instructions regarding the format for evidentiary objections therein.  Specifically, Experian acknowledges that, under normal circumstances, it is to identify the number(s) from the Combined Statement of Fact number for which each item of evidence is offered.  However, because Plaintiff offered no evidence in support of any particular fact, but instead submitted certain evidence independently, for the record and pursuant to Local Rule 56-1 Experian submits its Evidentiary Objections to Plaintiff's evidence submitted in opposition to Experian's Motion for Summary Judgment as follows:

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

NAI-1537032814v4

- 2 -

EVIDENTIARY OBJECTIONS ISO
MOTION FOR SUMMARY JUDGMENT

**<u>EVIDENTIARY OBJECTIONS</u>**

<u>Not Relied Upon In Statement of Facts:</u>

<u>Exhibit A</u>—"Plaintiff Agrees to Amend Complaint" (Partial Email Chain of July 13-14, 2022): Experian objects to the admission and/or consideration of the incomplete email chain between Plaintiff Samuel Love and Christian VanDenBerghe, dated July 13-14, 2022, on the grounds that it is not authenticated. Fed. R. Evid. 901.  Nor is the document offered as evidence in support of any particular Statement of Fact.  Fed. R. Evid. 401.  Further, the email chain does not contain the entire conversation between Plaintiff and counsel and, thus, violates the Rule of Completeness.  Fed. R. Evid. 106.

<u>Exhibit B</u>—"Plaintiff's List Of Specific FCRA And Other Violations. Experian objects to the admission and/or consideration of the document entitled "Plaintiff's List of Specific FCRA and Other Violations," on the grounds it is not competent evidence.  Specifically, the statements made therein are not sworn statements under oath, nor are they otherwise authenticated.  Fed. R. Evid. 901. Experian further objects that the statements contained in the document are self-serving, hearsay allegations by Plaintiff.  Fed. R. Evid. 801, 802.  Finally, the email chain purports to capture communications between counsel and Plaintiff in furtherance of Experian's efforts to settle this matter, and therefore violates Federal Rule of Evidence 408.

<u>Exhibit C</u>—"Plaintiff Agrees to Amend Complaint" (Partial Email Chain of April 21-24, 2023): Experian objects to the admission and/or consideration of the email chain between Plaintiff Samuel Love and counsel, dated April 21-April 24, 2023, on the grounds that it is not authenticated. Fed. R. Evid. 901.  Nor is the document offered as evidence in support of any particular Statement of Fact.  Fed. R. Evid. 401.

Exhibit D—Audio Recording: Experian objects to the admission and/or consideration of the audio recording, not filed with Plaintiff's Opposition, but included as Exhibit D in the Compendium courtesy copy submitted to the Court pursuant to the Court's Scheduling Order, on the grounds that it is not authenticated. Fed. R. Evid. 901.  Nor is the audio recording offered as evidence in support of any particular Statement of Fact.  Fed. R. Evid. 401.  Experian further objects that the audio recording does not contain the entire conversation between Plaintiff and counsel and, thus, violates the Rule of Completeness.  Fed. R. Evid. 106.  Further, the audio recording was unauthorized in that Ms. Green did not have knowledge of the recording and did not consent.  As such, Experian objects that the audio recording violates Cal. Penal Code § 632.  Finally, the audio recording purports to capture some or all of a conversation between counsel and Plaintiff in furtherance of Experian's efforts to settle this matter, and therefore violates Federal Rule of Evidence 408.

Dated:  May 26, 2023

Respectfully submitted,

JONES DAY

By: */s/ Hillary J. Green*
        Hillary J. Green

Counsel for Defendants
EXPERIAN INFORMATION SOLUTIONS, INC. AND CRAIG BOUNDY

- 4 -

## CERTIFICATE OF SERVICE

I, Hillary J. Green, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612.4408. On May 26, 2023, I served a copy of **DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S EVIDENTIARY OBJECTIONS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** by electronic transmission.

I am familiar with the United States District Court for the Central District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

Samuel Love
139 South Beverly Drive No. 320
Beverly Hills, CA 90212
626-618-4880
Email: itssamuellove@proton.me

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 26, 2023, at Irvine, California.

*/s/ Hillary J. Green*

Hillary J. Green

NAI-1537032814v4

- 5 -

EVIDENTIARY OBJECTIONS ISO
MOTION FOR SUMMARY JUDGMENT