Kerry C. Fowler (State Bar No. 228982)
*kcfowler@jonesday.com*
JONES DAY
555 S. Flower Street, 50th Floor
Los Angeles, CA 90071
Telephone: (213) 489-3939
Facsimile:  (213) 553-7539

Hillary J. Green (State Bar No. 243221)
*hgreen@jonesday.com*
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612.4408
Telephone:  (949) 851-3939
Facsimile:  (949) 553-7539

Counsel for Defendant
EXPERIAN INFORMATION
SOLUTIONS, INC. AND CRAIG BOUNDY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.<br><br>Defendants. | Case No. 2:22-cv-04268-JFW-JPR<br>Hon. John F. Walter<br><br>**JOINT SET OF EXHIBITS**<br><br>Date:        June 12, 2023<br>Time:        1:30 p.m.<br>Location:   Judge John Walter<br>Courtroom:  7A<br><br>Complaint filed:  March 23, 2022<br><br>Pre-trial Conference Date: Aug. 4, 2023<br><br>Trial Date: Aug. 15, 2023 |

Plaintiff Samuel Love ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") submits the following Joint Exhibit Binder in accordance with Scheduling and Case Management Order (ECF No. 16), and hereby attach the following:

**JOINT SET OF EXHIBITS**

| Ex. | Description | Page No. |
|---|---|---|
| A | Defendant's Summary Judgment Exhibit A - Experian's Written Discovery to Plaintiff. | 1 |
| B | Defendant's Summary Judgment Exhibit B - First Notice of Deposition dated 3-15-2023 (Combined Statement of Facts Nos. 33) | 33 |
| C | Defendant's Summary Judgment Exhibit C - Plaintiff Response to Notice of Deposition (Combined Statement of Facts Nos. 32, 34). | 37 |
| D | Defendant's Summary Judgment Exhibit D - Email Exchange dated 03-24-2023. | 42 |
| E | Defendant's Summary Judgment Exhibit E - - Plaintiff's Responses to Experian's Written Discovery  (Combined Statement of Facts Nos. 43) | 55 |
| F | Defendant's Summary Judgment Exhibit F - Second Notice of Deposition dated 03-31-2023  (Combined Statement of Facts Nos. 38) | 96 |
| G | Defendant's Summary Judgment Exhibit G - (redacted) Email Exchange dated 04-24-2023 (Combined Statement of Facts Nos. 32, 39, 40). | 101 |
| H | Defendant's Summary Judgment Exhibit H - Email Exchange dated 03-03-2023. | 106 |
| A | Plaintiff's Summary Judgment Exhibit A - Plaintiff Agrees to Amend Complaint (Combined Statement of Facts Nos. 22, 23, 24, 29, 30 ). | 113 |
| B | Plaintiff's Summary Judgment Exhibit B - Plaintiff's List of Specific FCRA and Other Violations. | 115 |

JOINT EXHIBIT BINDER
Case No. 2:22-cv-04268-JFW-JPR

| EX. | DESCRIPTION | PAGE NO. |
|-----|-------------|----------|
| C | Plaintiff's Summary Judgment Exhibit C - REDACTED Plaintiff's Request and Defendant's Counsel Denies Meet and Confer | 134 |

Dated:  May 26, 2023

Respectfully submitted,

JONES DAY

By: */s/ Hillary J. Green*
    Hillary J. Green

Counsel for Defendants
EXPERIAN INFORMATION
SOLUTIONS, INC. AND CRAIG
BOUNDY