Kerry C. Fowler (State Bar No. 228982)
*kcfowler@jonesday.com*
JONES DAY
555 S. Flower Street, 50th Floor
Los Angeles, CA 90071
Telephone: (213) 489-3939
Facsimile:  (213) 553-7539

Hillary J. Green (State Bar No. 243221)
*hgreen@jonesday.com*
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612.4408
Telephone:  (949) 851-3939
Facsimile:  (949) 553-7539

Counsel for Defendant
EXPERIAN INFORMATION
SOLUTIONS, INC. AND CRAIG BOUNDY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.<br><br>Defendants. | Case No. 2:22-cv-04268-JFW-JPR<br>Hon. John F. Walter<br><br>**JOINT SET OF DECLARATIONS**<br><br>Date:          June 12, 2023<br>Time:          1:30 p.m.<br>Location:     Judge John Walter<br>Courtroom:  7A<br><br>Complaint filed:  March 23, 2022<br><br>Pre-trial Conference Date: Aug. 4, 2023<br><br>Trial Date: Aug. 15, 2023 |

Plaintiff Samuel Love ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") submits the following Joint Exhibit Binder in accordance with Scheduling and Case Management Order (ECF No. 16), and hereby attach the following:

### JOINT SET OF DECLARATIONS

| TAB | DESCRIPTION | PAGE NO. |
|-----|-------------|----------|
| 1 | Declaration of Teresa Iwasaki ("Iwasaki Decl.") | 1 |
| 2 | Declaration of Hillary J. Green ("Green Decl.") | 9 |
| 3 | Declaration of Kelly C. Albright ("Albright Decl.") | 135 |

Dated:  May 26, 2023

Respectfully submitted,

JONES DAY

By: */s/ Hillary J. Green*
    Hillary J. Green

Counsel for Defendants
EXPERIAN INFORMATION
SOLUTIONS, INC. AND CRAIG
BOUNDY