Samuel Love
139 S Beverly Drive #320
Beverly Hills, California 90212
(626) 618-4880
itssamuellove@proton.me

SAMUEL LOVE, IN PRO PER

UNITED STATES DISTRICT COURT,

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>          Plaintiff,<br><br>     vs.<br><br>CRAIG BOUNDY and EXPERIAN<br><br>INFORMATION SOLUTIONS, INC.,<br><br>          Defendants. | Case No.:2:22-cv-04268 JFW (JPRx)<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT (F.R.C.P. 56)**<br><br><br>**Hearing Date:** June 26, 2023<br>**Time:** 1:30 p.m.<br>**Judge:** John F. Walter<br>**Courtroom:** Courtroom 7A |

**BEHOLD. The Lord Jesus Christ is here.**

///

///

///

- 1 -
PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD,**

**PLEASE TAKE NOTICE THAT,** on June 26, 2023, at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 7A of the above-referenced Court, located at United States Courthouse, 350 W. 1st Street, Los Angeles, CA 90012, the Honorable John F. Walter presiding, Plaintiff Samuel Love ("Plaintiff" or "Mr. Love") will, and hereby does, move this Court for summary judgment, pursuant to Federal Rule of Civil Procedure 56. This motion is based on this notice, the memorandum of points and authorities filed herein, the declarations filed by Mr. Love, the exhibits filed herein, the statement of uncontroverted facts and conclusions of law, the pleadings previously filed in this action, and any oral argument permitted at the hearing on this motion.

This motion is made pursuant to Local Rule 7-3 following a good-faith telephone conference between Mr. Love and Defendants' counsel Kerry C. Fowler, which took place on May 2, 2023 at 9:42am PST.

DATED: MAY 26, 2023 A.D.                                    Lethal Fire,

SAMUEL LOVE
In Pro Per

## **CERTIFICATE OF SERVICE**

I, Samuel Love, declare:

On May 26, 2023, I served a copy of **PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT** by electronic transmission.

I am familiar with the United States District Court for the Central District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

Kerry C. Fowler, Defendant's Counsel
kcfowler@jonesday.com
JONES DAY
555 S. Flower Street, 50th Floor Los Angeles, CA 90071
Telephone: (213) 489-3939

Hillary J. Green, Defendant's Counsel
Email: hgreen@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800 Irvine, CA 92612
Telephone: (949) 851-3939

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 26, 2023, at Beverly Hills, California.

Lethal Fire,

SAMUEL LOVE
*In Pro Per*

---

PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT