Kerry C. Fowler (State Bar No. 228982)
*kcfowler@jonesday.com*
JONES DAY 555 S. Flower Street, 50th
Floor Los Angeles, CA 90071
Telephone: (213) 489-3939 Facsimile:
(213) 553-7539

Hillary J. Green (State Bar No. 243221)
*hgreen@jonesday.com*
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612.4408
Telephone: (949) 851-3939
Facsimile: (949) 553-7539
Counsel for Defendant

EXPERIAN INFORMATION
SOLUTIONS, INC. AND CRAIG
BOUNDY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.<br><br>Defendants. | Case No. 2:22-cv-04268-JFW-JPR<br>Hon. John F. Walter<br><br>**NOTICE OF LODGING OF [PROPOSED] JUDGMENT OF DISMISSAL** |

TO ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that, in accordance with the Court's Standing Order (Dkt. 7) and Civil Minutes (Dkt. 65), Defendant Experian Information Solutions, Inc. ("Experian") hereby lodges the attached [Proposed] Judgment of Dismissal.

Dated:  June 9, 2023

Respectfully submitted,

JONES DAY

By: */s/ Hillary J. Green*

Counsel for Defendants
EXPERIAN INFORMATION SOLUTIONS, INC. AND CRAIG BOUNDY

**<u>CERTIFICATE OF SERVICE</u>**

I, Hillary J. Green, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612.4408. On June 9, 2023, I served a copy of **NOTICE OF LODGING OF [PROPOSED] JUDGMENT OF DISMISSAL**

by electronic transmission.

I am familiar with the United States District Court for the Central District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

Samuel Love
139 South Beverly Drive No. 320
Beverly Hills, CA 90212
626-618-4880
Email: itssamuellove@proton.me

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 9, 2023, at Irvine, California.

_/s/ Hillary J. Green_
Hillary J. Green