1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SAMUEL LOVE,

            Plaintiff,

    v.

EXPERIAN INFORMATION
SOLUTIONS, INC., et al.

            Defendants.

Case No. 2:22-cv-04268-JFW-JPRx
Hon. John F. Walter

**JUDGMENT OF DISMISSAL AS TO
DEFENDANT CRAIG BOUNDY**

      Pursuant to the Court's June 8, 2023 Civil Minutes [Dkt. 65] granting Defendant Craig Boundy's Motion for Judgment on the Pleadings [Dkt. 41], and the Court's separately issued Statement of Decision [Dkt. 66], and Federal Rules of Civil Procedure 54 and 58,

      **IT IS ORDERED** that this action against Defendant Craig Boundy is dismissed ***with prejudice***.

      **IT IS FURTHER ORDERED** that, there being no just reason for delay, **JUDGMENT** is hereby entered in favor of Defendant Craig Boundy and against Plaintiff Samuel Love, who shall take nothing by way of this action.

      **IT IS SO ORDERED**.

Dated: June 15, 2023

                            Hon. John F. Walter, U.S. District Court Judge