JS-6

Note Change by Court

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE, <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC., et al. <br><br> Defendants. | Case No. 2:22-cv-04268-JFW-JPRx <br> Hon. John F. Walter <br><br> **JUDGMENT OF DISMISSAL AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

    Pursuant to the Court's June 8, 2023 Civil Minutes [Dkt. 65] granting Defendant Experian Information Solutions, Inc.'s Motion for Summary Judgment [Dkt. 43], and the Court's separately issued Statement of Decision [Dkt. 67], and Federal Rules of Civil Procedure 54 and 58,

    **IT IS ORDERED** that this action against Defendant Experian Information Solutions, Inc. is dismissed *with prejudice*.

    **IT IS FURTHER ORDERED** that, there being no just reason for delay, **JUDGMENT** is hereby entered in favor of Defendant Experian Information Solutions, Inc. and against Plaintiff Samuel Love, who shall take nothing by way of this action.

    The Clerk shall close this action and vacate all pending dates.

    **IT IS SO ORDERED**.

Dated: June 15, 2023

Hon. John F. Walter, U.S. District Court Judge